UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

ALIK PINHASOV,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2021

14 Cr. 670 (AT)

**AMENDED ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Defendant's letter dated May 14, 2021. ECF No. 40. Accordingly, Defendant's request is GRANTED.

SO ORDERED.

Dated: May 21, 2021
       New York, New York

                                              ANALISA TORRES
                                              United States District Judge