UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

        -against-

ALIK PINHASOV,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2021

14 Cr. 670 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's letter dated August 24, 2021. ECF No. 43. Accordingly, Defendant's request is GRANTED.

    SO ORDERED.

Dated: August 26, 2021
       New York, New York

*[signature]*
ANALISA TORRES
United States District Judge